IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BENNETT WILLS ) | |
|    *Petitioner* ) | |
| ) | NO. 3:17-mc-0001 |
| v. ) | |
| ) | |
| PAUL ALAN LEVY, on behalf of Public ) | |
| Citizen Litigation Group ) | |
|    *Respondent* ) | |

**O R D E R**

From review of the filings by the parties, it appears that the issues between the parties regarding the propriety of an out-of-district subpoena have been resolved. *See* Docket Nos. 4 and 5. Upon the request of Petitioner, this proceeding is therefore terminated without further action by the Court.

The Clerk is directed to close this case.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge